UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **MARGARET MCDONALD** | | **CIVIL ACTION NO. 317-CV-00981** |
| | * | |
| **v.** | * | **JUDGE TERRY A. DOUGHTY** |
| **NATIONWIDE BUILDING SERVICES INC., ET AL** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant United Specialty Insurance Company's ("USIC") Motion to Dismiss [Doc. No. 73] is **GRANTED.** Plaintiff's claims against USIC are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 10th day of September, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**